| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| DWIGHT HARRISON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:08-CV-277 |
| | § | |
| FEDERAL EMERGENCY | § | |
| MANAGEMENT ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07, entered on May 16, 2008. The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss this action for lack of subject-matter jurisdiction. Accordingly, all pending motions are moot.

The magistrate judge's report is hereby **ADOPTED**. Final Judgment will be entered separately. It is further

**ORDERED** that "Defendant's Motion to Dismiss, or Alternatively, Motion for Summary Judgment" (Docket No. 14) is **DENIED** as moot. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 16th day of March, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE